# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRUCE BERNARD STRACHAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2899

[January 9, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey J. Colbath, Judge; L.T. Case No. 502009CF011003AXXXMB.

Bruce B. Strachan, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***